# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff-Appellee,<br><br>v.<br><br>ISAIAS RIVAS-VILLARREAL,<br><br>　　　　　　　Defendant-Appellant. | Case No.: 18-mj-20112-KSC-H-1<br><br>**ORDER GRANTING MOTION TO VACATE AND DISMISS**<br><br>[Doc. No. 26.] |

On April 13, 2020, the Government filed a motion to vacate the conviction and dismiss the charge in the above case in light of the Ninth Circuit's decision in <u>United States v. Corrales-Vazques</u>, 931 F.3d 944 (9th Cir. 2019). (Doc. No. 26.) On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charges are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: April 14, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT